MAX BRAUN, Respondent, v. ARMOUR AND COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted and the following question certified: Does the complaint state facts sufficient to

* See App. Div. Rules, 2d Dept., rule 11.— [REP.

constitute a cause of action? Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.